**Order entered November 8, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00989-CV

## WILLIE L. SUMMERVILLE, Appellant

## V.

## SUSAN SUMMERVILLE BRIGHT, Appellee

### On Appeal from the 330th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-18-24783

# ORDER

Before the Court are appellant's November 6, 2019 motions to proceed without the reporter's record and for "an extension in the above case" which we will treat as a motion to extend time to file his brief. We **GRANT** the motions.

We **ORDER** the appeal submitted without a reporter's record. And we **ORDER** appellant's brief due on or before December 6, 2019. Appellant is cautioned that the failure to file his brief, or a timely motion to extend time to file his brief, by that date may result in the appeal being dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

/s/      KEN MOLBERG
JUSTICE